

FILED
U.S. District Court
District of Kansas
APR 03 2014
Clerk, U.S. District Court
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

IN THE MATTER OF:

Inspection of the entire construction
work site located at and near

801 E. Madison Avenue
Derby, Kansas  67037

under the control or custody of

COONROD & ASSOCIATES CONSTRUCTION CO., INC.

Case No. 14-m-6087-01-
KGG

## ADMINISTRATIVE SEARCH WARRANT

TO:  Kristina L. Lenoch
     Assistant Area Director
     Occupational Safety and Health
       Administration
     Wichita Area Office

Application having been made, which establishes that
the requested inspection is reasonable, based on a showing
that the construction site located at and near 801 E.
Madison Avenue, Derby, Kansas  67037 under the control or
custody of Coonrod & Associates Construction Co., Inc., the
general contractor, was chosen for inspection on the basis
of a general administrative plan, derived from neutral
sources, for the enforcement of the Occupational Safety and
Health Act of 1970, 29 U.S.C. §§ 651-678, hereinafter
referred to as the Act

1

IT IS HEREBY ORDERED that, pursuant to section 8(a) of the Act, YOU OR YOUR DULY DESIGNATED REPRESENTATIVES ARE AUTHORIZED to enter the above-described construction work site during regular working hours or at other reasonable times, and to make a full scope safety inspection and investigation of the above-described construction work site in order to determine compliance with the Act and the rules and regulations promulgated pursuant thereto.

Said inspection to include all relevant work places or environments where work is performed by employees, and all pertinent conditions, structures, machines, apparatus, devices, equipment, materials, processes, controls, and facilities and all other things therein including videotaping, the taking of photographs, environmental samples including the use of personal sampling equipment, and measurements, and the examination and copying of those records, files, and papers required to be maintained by the Act or the regulations promulgated pursuant thereto, and to question privately any employee or agent, bearing on whether employees are being furnished employment and place of employment which are free from recognized hazards that are causing or are likely to cause death or serious physical harm to employees, and whether there is compliance with the occupational safety and health standards promulgated under the Act.

You are hereby directed not to disclose any information obtained during the inspection which is designated to be a trade secret as defined by 18 U.S.C. § 1905, except that

2

such information may be disclosed to other officers or employees concerned with carrying out the Act or when relevant in any proceeding under the Act.

A return shall be made to this Court showing that the inspection has been completed.  The inspection authorized herein shall be initiated within __10__ days, and a return shall be made to the Court within fourteen days following completion of the inspection.

DATED: April 3, 2014

_____
United States Magistrate Judge

RETURN OF SERVICE

I hereby certify that a copy of the within warrant was duly served on the company named hereon on

_____

_____

_____

RETURN

Inspection of the establishment described in this warrant was made on _____.

_____
Compliance Officer, Occupational
Safety and Health Administration
United States Department of Labor

Subscribed and sworn to before me this _____ day of _____.

_____
United States Magistrate Judge

4



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

IN THE MATTER OF:

Inspection of the entire construction
work site located at and near

Case No. 14-M-6087-01-KGG

801 E. Madison Avenue
Derby, Kansas  67037

under the control or custody of

COONROD & ASSOCIATES CONSTRUCTION CO., INC.

## APPLICATION FOR ADMINISTRATIVE SEARCH WARRANT UNDER THE OCCUPATIONAL SAFETY AND HEALTH ACT OF 1970

TO THE HONORABLE UNITED STATES MAGISTRATE:

Kristina L. Lenoch, Assistant Area Director and a duly
authorized Compliance Officer of the Wichita Area Office,
Occupational Safety and Health Administration, United States
Department of Labor, hereby applies for an administrative
search warrant, pursuant to section 8(a) of the Occupational
Safety and Health Act of 1970, 29 U.S.C.A. §§ 651-678,
657(a) (West 2012), hereinafter referred to as the Act, for
the inspection, investigation and search of the entire
construction work site located at and near 801 E. Madison
Avenue, Derby, Kansas  67037, and described as the work site
where Coonrod & Associates Construction Co., Inc., the

4cay1004sjw

general contractor, is engaged in the construction, alteration, and renovation of a middle school.

1.   The authority for issuance of the administrative search warrant is section 8(a) of the Act and Marshall v. Barlow's, Inc., 436 U.S. 307, 98 S.Ct. 1816 (1978).

2.   Sections 8(a)(1) and 8(a)(2) of the Act specifically authorize the Secretary of Labor to make inspections and investigations at any reasonable time, at any plant, factory, establishment, construction site, or other area, workplace or environment where work is performed by an employee of an employer.

3.   Sections 8(a)(1) and 8(a)(2) of the Act are implemented in part by OSHA Instruction CPL 02-00-150, Field Operations Manual (FOM) (hereinafter CPL 02-00-150), Chapter 2, Program Planning, respectively attached hereto as Exhibit A and incorporated herein, and CPL 02-00-141, Inspection Scheduling for Construction, attached hereto as Exhibit B and incorporated herein, which direct the primary inspection efforts of the agency into "high hazard" sectors of employment.  These directives specifically seek to carry out the agency's policy to concentrate most safety inspection activity in those industries with the highest risk of injury, determined by the highest lost workday injury rates, while allowing for maximum flexibility in scheduling times for inspection for the compliance officer's effectiveness. OSHA Directive CPL 02-00-141, Exhibit B at pp. 4-9, X.A-G,

2

describes the steps to be followed in selecting construction work sites for programmed inspections.

4.    Construction industries are designated high-rate industries due to their high injury and fatality rates.  The days away from work, restricted work activity, or job transfer (DART) rate for all construction industries is 1.4 for every 100 workers.  The national average rate during 2012 was 1.1 DART instances for every 100 workers. Construction related fatalities account for 20% of the 3,945 work relates fatalities in 2012.  The above data are the most recent published by the Bureau of Labor Statistics, United States Department of Labor.  Due to the mobility of the construction industry, the transitory nature of construction work sites and the fact that construction work sites frequently involve more than one construction employer, inspections shall be scheduled from a list of construction work sites rather than construction employers.  Exhibit A, FOM Chapter 2, p. 2-10.

5.    The University of Tennessee will provide to each Area Office a randomly selected list of construction projects from identified or known covered active projects. The list will contain the projected number of sites which the field office has reported it plans on inspecting during the next month.  Exhibit A, FOM, Chapter 2, p. 2-10.

6.    The exclusive source for these work site lists is the information contained in the Dodge Reports of Construction Potentials supplied by the F.W. Dodge Division

3

of McGraw-Hill Information Services ("Dodge Reports").  The
Dodge Reports provide the most comprehensive compiled
universe of information on construction activity ongoing at
any time in the United States.

    7.  From these Dodge Reports the University of
Tennessee Construction Resources Analysis Group selects
construction sites that are estimated to be between 30% to
60% complete.  If there are not enough sites within that
range to fulfill the number requested by a particular area
office, then the percentage of completion expands to 25% to
65% complete, and then to 25% to 70%, until the desired
number of sites are selected.  Each area office is provided
with a computer generated, randomly selected construction
inspection list for each month.  This list is based on the
area office's geographical boundaries and the stated
selection criteria for that area office.  This selection
criteria was approved by the Regional Administrator and
subsequently provided to the University of Tennessee.

    8.  The selection criteria for the Wichita, Kansas Area
Office includes all construction sites other than bridge
construction projects, and park, landscaping, pool, or
campground construction projects regardless of bid value.

    9.  Once this inspection list is received in the
Wichita Area Office, all sites on the inspection list shall
be inspected and the Area Director shall delete all work
sites that meet the specific deletion criteria listed in
Exhibit B, CPL 02-00-141, p. 6, X.C.3.  The work site

4

located at and near 801 E. Madison Avenue, Derby, Kansas
67037 was chosen for inspection in accordance with Exhibit
A, CPL 02-00-150, Chapter 2, p. 2-10 and Exhibit B, CPL 02-
00-141, pp. 4-9.

   10.  The construction work site located at 801 E.
Madison Avenue, Derby, Kansas  67037 was selected for the
inspection list to begin during the month of February, 2014.
 After deletions, this list contained fifteen (15) work
sites for inspection by the Wichita Area Office.  None of
the deletion criteria applied to Coonrod & Associates
Construction Co., Inc.  Therefore, it remained on the list
for inspection.

   11.  A warrant in anticipation of refusal to allow the
OSHA Compliance Officer to make an inspection at this
construction work site is requested.  This is based upon
Coonrod & Associates Construction Co., Inc.'s company
policy, which in the past has required OSHA inspectors to
obtain an administrative search warrant prior to being
allowed to conduct an OSHA inspection.  This policy has been
communicated during prior refusals of entry at work sites
controlled by Coonrod & Associates Construction Co., Inc. on
October 21, 2011, December 12, 2011, November 15, 2013,
December 3, 2013, and February 18, 2014.

   12.  It is requested that the warrant authorize a full
scope safety inspection of the entire construction work site
located at and near 801 E. Madison Avenue, Derby, Kansas
67037, including all relevant records, files and papers

5

required to be maintained by this employer under the Act and the regulations promulgated pursuant thereto.  The inspection and investigation will be conducted during regular working hours or at other reasonable times, within reasonable limits, and in a reasonable manner, including the questioning privately of any employee or agent, videotaping and the taking of photographs, environmental samples, including the use of personal sampling equipment, and measurements, when necessary.  The compliance officer's credentials will be presented, and the inspection and investigation will be commenced as soon as practicable after the issuance of this warrant and will be completed with reasonable promptness.

13.  Any information, including videotapes, photographs and environmental samples, obtained in connection with the inspection and which is designated to be a trade secret as defined in 18 U.S.C.A. § 1905, shall be considered confidential as provided in section 15 of the Act, 29 U.S.C.A. § 664.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Apnl 3, 2014_____.

_Kristina L Leuwod_

Compliance Officer, Occupational
Safety and Health Administration
United States Department of Labor

6

Subscribed and sworn to before me in my presence on this 3rd day of April_____, 2014.

_____
United States Magistrate Judge

Barry R. Grissom
United States Attorney

_____
Assistant U.S. Attorney
State Bar # 18750

OF COUNSEL:

M. Patricia Smith
Solicitor of Labor
Connecticut Bar #371708

Christine Z. Heri
Regional Solicitor
IL Bar #6204656

H. Alice Jacks
Associate Regional Solicitor
MO Bar #24482

Susan J. Willer
OK Bar #017798
Attorney

Two Pershing Square Building
2300 Main Street, Suite 1020

7

Kansas City, MO 64108
(816) 285-7260
(816) 285-7287 (fax)

Attorneys for Thomas E. Perez
Secretary of Labor
United States Department of Labor

Chapter 2

# OSHA's Field Operations Manual (FOM)



OSHA  Occupational
Safety and Health
Administration





**U.S. DEPARTMENT OF LABOR**        **Occupational Safety and Health Administration**

| DIRECTIVE NUMBER: CPL 02-00-150 | EFFECTIVE DATE: April 22, 2011 |
| --- | --- |
| SUBJECT: Field Operations Manual (FOM) | |

## ABSTRACT

**Purpose:**     This instruction cancels and replaces OSHA Instruction CPL 02-00-148, Field Operations Manual (FOM), issued November 9, 2009, which replaced the September 26, 1994 Instruction that implemented the Field Inspection Reference Manual (FIRM).  The FOM is a revision of OSHA's enforcement policies and procedures manual that provides the field offices a reference document for identifying the responsibilities associated with the majority of their inspection duties. This Instruction also cancels OSHA Instruction FAP 01-00-003 Federal Agency Safety and Health Programs, May 17, 1996 and Chapter 13 of OSHA Instruction CPL 02-00-045, Revised Field Operations Manual, June 15, 1989.

**Scope:**     OSHA-wide.

**References:**     Title 29 Code of Federal Regulations §1903.6, Advance Notice of Inspections; 29 Code of Federal Regulations §1903.14, Policy Regarding Employee Rescue Activities; 29 Code of Federal Regulations §1903.19, Abatement Verification; 29 Code of Federal Regulations §1904.39, Reporting Fatalities and Multiple Hospitalizations to OSHA; and Housing for Agricultural Workers: Final Rule, Federal Register, March 4, 1980 (45 FR 14180).

**Cancellations:**     OSHA Instruction CPL 02-00-148, Field Operations Manual, November 9, 2009.
OSHA Instruction FAP 01-00-003, Federal Agency Safety and Health Programs, May 17, 1996.
Chapter 13 of OSHA Instruction CPL 02-00-045, Revised Field Operations Manual, June 15, 1989.

**State Impact:**     Notice of Intent and Adoption required.  See paragraph VI.

## Executive Summary

This instruction cancels and replaces OSHA Instruction CPL 02-00-148, Field Operations Manual (FOM), issued November 9, 2009. The one remaining part of the prior Field Operations Manual, the chapter on Disclosure, will be added at a later date. This Instruction also cancels OSHA Instruction FAP 01-00-003 Federal Agency Safety and Health Programs, May 17, 1996 and Chapter 13 of OSHA Instruction CPL 02-00-045, Revised Field Operations Manual, June 15, 1989. This Instruction constitutes OSHA's general enforcement policies and procedures manual for use by the field offices in conducting inspections, issuing citations and proposing penalties.

## Significant Changes

- A new Table of Contents for the entire FOM is added.

- A new References section for the entire FOM is added

- A new Cancellations section for the entire FOM is added.

- Adds a Maritime Industry Sector to Section III of Chapter 10, *Industry Sectors.*

- Revises sections referring to the Enhanced Enforcement Program (EEP) replacing the information with the Severe Violator Enforcement Program (SVEP).

- Adds Chapter 13, *Federal Agency Field Activities.*

- Cancels OSHA Instruction FAP 01-00-003, Federal Agency Safety and Health Programs, May 17, 1996.

# Disclaimer

This manual is intended to provide instruction regarding some of the internal operations of the Occupational Safety and Health Administration (OSHA), and is solely for the benefit of the Government. No duties, rights, or benefits, substantive or procedural, are created or implied by this manual. The contents of this manual are not enforceable by any person or entity against the Department of Labor or the United States. Statements which reflect current Occupational Safety and Health Review Commission or court precedents do not necessarily indicate acquiescence with those precedents.

G. Home-Based Worksites. ....................................................................... 2-8
H. Inspection/Investigation Types. .......................................................... 2-8

V. UNPROGRAMMED ACTIVITY – HAZARD EVALUATION AND
INSPECTION SCHEDULING. .................................................................. 2-9

VI. PROGRAMMED INSPECTIONS. ............................................................ 2-10

A. Site-Specific Targeting (SST) Program. ......................................... 2-10
B. Scheduling for Construction Inspections. ....................................... 2-10
C. Scheduling for Maritime Inspections. ............................................. 2-11
D. Special Emphasis Programs (SEPs). ................................................ 2-12
E. National Emphasis Programs (NEPs). ............................................. 2-13
F. Local Emphasis Programs (LEPs) and Regional Emphasis Programs (REPs). ........... 2-13
G. Other Special Programs. ..................................................................... 2-13
H. Inspection Scheduling and Interface with Cooperative Program Participants. .... 2-13

# CHAPTER 3
# INSPECTION PROCEDURES

I. INSPECTION PREPARATION. ................................................................ 3-1

II. INSPECTION PLANNING. ...................................................................... 3-1

A. Review of Inspection History. .......................................................... 3-1
B. Review of Cooperative Program Participation. ............................. 3-1
C. OSHA Data Initiative (ODI) Data Review. ..................................... 3-2
D. Safety and Health Issues Relating to CSHOs. ............................... 3-2
E. Advance Notice. ................................................................................. 3-3
F. Pre-Inspection Compulsory Process. ............................................... 3-5
G. Personal Security Clearance. ............................................................ 3-5
H. Expert Assistance. .............................................................................. 3-5

III. INSPECTION SCOPE. ............................................................................ 3-6

A. Comprehensive. .................................................................................. 3-6
B. Partial. ................................................................................................. 3-6

IV. CONDUCT OF INSPECTION. ............................................................... 3-6

A. Time of Inspection. ............................................................................ 3-6
B. Presenting Credentials. ..................................................................... 3-6
C. Refusal to Permit Inspection and Interference. ............................ 3-7
D. Employee Participation. .................................................................... 3-9
E. Release for Entry. .............................................................................. 3-9
F. Bankrupt or Out of Business. .......................................................... 3-9
G. Employee Responsibilities. ............................................................... 3-10
H. Strike or Labor Dispute. ................................................................... 3-10
I. Variances. ............................................................................................ 3-11

V. OPENING CONFERENCE. .................................................................... 3-11

A. General. ............................................................................................... 3-11
B. Review of Appropriation Act Exemptions and Limitation. ....... 3-13
C. Review Screening for Process Safety Management (PSM) Coverage. .... 3-13
D. Review of Voluntary Compliance Programs. ................................ 3-14
E. Disruptive Conduct. .......................................................................... 3-15
F. Classified Areas. ................................................................................ 3-16

G.  HOME-BASED WORKSITES. ................................................................ 2-8
H.  INSPECTION/INVESTIGATION TYPES. ................................................ 2-8

V.   UNPROGRAMMED ACTIVITY – HAZARD EVALUATION AND
     INSPECTION SCHEDULING. ................................................................ 2-9

VI.  PROGRAMMED INSPECTIONS. ........................................................... 2-10

A.  SITE-SPECIFIC TARGETING (SST) PROGRAM. .............................. 2-10
B.  SCHEDULING FOR CONSTRUCTION INSPECTIONS. ...................... 2-10
C.  SCHEDULING FOR MARITIME INSPECTIONS. ............................... 2-11
D.  SPECIAL EMPHASIS PROGRAMS (SEPs). ...................................... 2-12
E.  NATIONAL EMPHASIS PROGRAMS (NEPs). .................................. 2-13
F.  LOCAL EMPHASIS PROGRAMS (LEPs) AND REGIONAL EMPHASIS PROGRAMS (REPs). .......... 2-13
G.  OTHER SPECIAL PROGRAMS. ....................................................... 2-13
H.  INSPECTION SCHEDULING AND INTERFACE WITH COOPERATIVE PROGRAM PARTICIPANTS. .... 2-13

# CHAPTER 3
# INSPECTION PROCEDURES

I.    INSPECTION PREPARATION. ................................................................ 3-1

II.   INSPECTION PLANNING. ..................................................................... 3-1

A.  REVIEW OF INSPECTION HISTORY. ............................................... 3-1
B.  REVIEW OF COOPERATIVE PROGRAM PARTICIPATION. ............... 3-1
C.  OSHA DATA INITIATIVE (ODI) DATA REVIEW. ........................... 3-2
D.  SAFETY AND HEALTH ISSUES RELATING TO CSHOs. ................. 3-2
E.  ADVANCE NOTICE. ...................................................................... 3-3
F.  PRE-INSPECTION COMPULSORY PROCESS. ................................. 3-5
G.  PERSONAL SECURITY CLEARANCE. ............................................ 3-5
H.  EXPERT ASSISTANCE. .................................................................. 3-5

III.  INSPECTION SCOPE. ........................................................................... 3-6

A.  COMPREHENSIVE. ....................................................................... 3-6
B.  PARTIAL. .................................................................................... 3-6

IV.   CONDUCT OF INSPECTION. ................................................................ 3-6

A.  TIME OF INSPECTION. .................................................................. 3-6
B.  PRESENTING CREDENTIALS. ........................................................ 3-6
C.  REFUSAL TO PERMIT INSPECTION AND INTERFERENCE. ............. 3-7
D.  EMPLOYEE PARTICIPATION. ........................................................ 3-9
E.  RELEASE FOR ENTRY. ................................................................. 3-9
F.  BANKRUPT OR OUT OF BUSINESS. .............................................. 3-9
G.  EMPLOYEE RESPONSIBILITIES. ................................................... 3-10
H.  STRIKE OR LABOR DISPUTE. ...................................................... 3-10
I.  VARIANCES. ............................................................................... 3-11

V.    OPENING CONFERENCE. ..................................................................... 3-11

A.  GENERAL. ................................................................................... 3-11
B.  REVIEW OF APPROPRIATION ACT EXEMPTIONS AND LIMITATION. .... 3-13
C.  REVIEW SCREENING FOR PROCESS SAFETY MANAGEMENT (PSM) COVERAGE. .... 3-13
D.  REVIEW OF VOLUNTARY COMPLIANCE PROGRAMS. ................... 3-14
E.  DISRUPTIVE CONDUCT. .............................................................. 3-15
F.  CLASSIFIED AREAS. .................................................................... 3-16

# Chapter 2

# PROGRAM PLANNING

I.   **Introduction.**

OSHA's mission is to assure the safety and health of America's working men and women by promulgating and enforcing standards and regulations; providing training, outreach, and education; establishing partnerships; and encouraging continual improvement in workplace safety and health as well as the development of comprehensive safety and health management systems. Effective and efficient use of resources requires careful, flexible planning. In this way, the overall goal of hazard abatement and employee protection is best served.

II.  **Area Office Responsibilities.**

A.   **Providing Assistance to Small Employers.**

1.   In 1996, the Congress passed the Small Business Regulatory Enforcement Fairness Act (SBREFA) to respond to the concern expressed by the small business community that Federal regulations were too numerous and complex, and that small business needed special assistance in understanding and complying with those regulations.

2.   SBREFA requires all Federal agencies regulating small businesses to have in place programs to provide guidance and compliance assistance. These programs must contain procedures to answer inquiries by small entities (small businesses). These programs also provide information on and advice about compliance with the statutes and regulations; interpretations; and applications of the law to specific sets of facts supplied by the small entity.

*NOTE: See CPL 02-00-121, Providing Assistance to Smaller Employers, dated March 12, 1998.*

B.   **Area Office Outreach Program.**

The Area Director or designee will ensure that the Area Office maintains an outreach program appropriate to local conditions and the needs of the service area. The plan may include Regional and National Office support services, compliance assistance services including assistance in developing compliance safety and health management systems, training and education services, referral services, cooperative programs, abatement assistance, and technical services.

C.    **Responding to Requests for Assistance.**

All requests from employers or employees for compliance information or assistance shall receive timely, accurate, and helpful responses from OSHA. See the section on Information Requests in this chapter for additional information.

III.    **OSHA Cooperative Programs Overview.**

OSHA offers a number of avenues for businesses and organizations to work cooperatively with the Agency. Compliance Officers should discuss the various cooperative programs with employers.

A.    **Voluntary Protection Program (VPP).**

The Voluntary Protection Program (VPP) is designed to recognize and promote effective safety and health management. A hallmark of VPP is the principle that management, labor, and OSHA can work together in pursuit of a safe and healthy workplace. A VPP participant is an employer that has successfully designed and implemented a health and safety management system at its worksite, and it is exempt from programmed inspections.

*NOTE: See CSP 03-01-003, Voluntary Protection Programs (VPP): Policies and Procedures Manual, dated April 18, 2008, for additional information.*

B.    **Onsite Consultation Program.**

1.    OSHA onsite consultation programs are available in all 50 states as well as the District of Columbia, Guam, Northern Marianas Islands, Puerto Rico and the Virgin Islands under Section 21(d) and 23(g) agreements with Federal OSHA or under State plans approved by OSHA.

a.    The State Onsite Consultation Program offers a variety of services at no cost to employers. These services include assisting in the development and implementation of an effective safety and health management system, and offering training and education to the employer and employees at the worksite. Smaller businesses in high hazard industries or those involved in hazardous operations receive priority.

b.    The State Onsite Consultation Program is separate from OSHA's enforcement efforts. Under onsite consultation programs, no citations are issued, nor are penalties proposed.

2.    **Safety and Health Achievement Recognition Program (SHARP).**

    a.  Another program that recognizes employers' efforts to create a safe workplace and exempts them from programmed inspections is the Safety and Health Achievement Recognition Program (SHARP). This program is administered by the State Onsite Consultation Program but is funded under Section 21(d) of the Act.

    b.  SHARP is designed to provide incentives and support those employers that implement and continuously improve effective safety and health management system(s) at their worksite. SHARP participants are exempted from OSHA programmed inspections.

    *NOTE: See CSP 02-00-001*, Consultation Policies and Procedures Manual, *dated August 6, 2001, for additional information.*

## C.    Strategic Partnerships.

Organizations can enter into Strategic Partnerships with OSHA to address specific safety and health issues. In these partnerships, OSHA enters into extended, voluntary, cooperative relationships with groups of employers, employees, and employee representatives (sometimes including other stakeholders, and sometimes involving only one employer) in order to encourage, assist, and recognize efforts to eliminate serious hazards and to achieve a high level of employee safety and health.

*NOTE: See CSP 03-02-002*, OSHA Strategic Partnership Program for Worker Safety and Health, *dated February 10, 2005, for additional information.*

## D.    Alliance Program.

Through the Alliance Program, OSHA works with groups committed to safety and health, including businesses, trade or professional organizations, unions and educational institutions, to leverage resources and expertise to develop compliance assistance tools and resources and share information with employers and employees to help prevent injuries, illnesses and fatalities in the workplace. OSHA and the organization sign a formal agreement with goals that address training and education, outreach and communication, and promote the national dialogue on workplace safety and health.

*NOTE:  See CSP 04-01-001*, OSHA Alliance Program, *dated June 10, 2004, for additional information.*

*NOTE:  See Section VI.H. of this chapter*, Enforcement Scheduling and Interface with Cooperative Program Participants, *for additional information.*

IV.   **Enforcement Program Scheduling.**

    A.   **General.**

        1.   OSHA's priority system for conducting inspections is designed to allocate available OSHA resources as effectively as possible to ensure that maximum feasible protection is provided to working men and women.  The Area Director or designee will ensure that inspections are scheduled within the framework of this chapter, that they are consistent with the objectives of the Agency, and that appropriate documentation of scheduling practices is maintained.

        2.   The Area Director or designee will also ensure that OSHA resources are effectively distributed during inspection activities.  If an inspection is of a complex nature, the Area Director or designee may consider utilizing additional OSHA resources (e.g., the Health Response Team).  In other circumstances, the use of outside resources may aid the Area or District Office to deploy available resources more effectively.  The Area Office will retain control of the inspection.

    B.   **Inspection Priority Criteria.**

    Generally, priority of accomplishment and of assigning staff resources for inspection categories is as shown in Table 2-1 below:

**Table 2-1: Inspection Priorities**

| Priority | Category |
|----------|----------|
| First | Imminent Danger |
| Second | Fatality/Catastrophe |
| Third | Complaints/Referrals |
| Fourth | Programmed Inspections |

        1.   **Efficient Use of Resources.**

        Deviations from this priority list are allowed so long as they are justifiable, lead to the efficient use of resources, and promote effective employee protection.  An example of such a deviation would be when the Agency, Regional Administrator or an Area

Director commits a certain percentage of resources to programmed
Special Emphasis Program (SEP) inspections such as a National
Emphasis Program (NEP), a Local Emphasis Program (LEP), or
Regional Emphasis Program (REP).  Inspection scheduling
deviations must be documented in the case file.

2.    **Follow-up Inspections.**

In cases where follow-up inspections are necessary, they shall be
conducted as promptly as resources permit.  In general, follow-up
inspections shall take priority over all programmed inspections and
any unprogrammed inspection in which the hazards are anticipated
to be other-than-serious.

*NOTE: See Chapter 7, Post-Citation Procedures and Abatement
Verification, for additional information.*

3.    **Monitoring Inspections.**

When a monitoring inspection is necessary, the priority is the same
as for a follow-up inspection.

*NOTE: See Chapter 7, Post-Citation Procedures and Abatement
Verification, for additional information.*

4.    **Employer Information Requests.**

Contacts for technical information initiated by employers or their
representatives will not trigger an inspection, nor will such
employer inquiries protect the requesting employer against
inspections conducted pursuant to existing policy, scheduling
guidelines and inspection programs established by the Agency.

5.    **Reporting of Imminent Danger, Catastrophe, Fatality,
Amputations, Accidents, Referrals or Complaints.**

The Area Director or designee will act in accordance with
established inspection priority procedures.

*NOTE: See Section V. of this chapter, Unprogrammed Activity –
Hazard Evaluation and Inspection Scheduling, for additional
information.*

C.    **Effect of Contest.**

If an employer has contested a citation and/or a penalty from a previous
inspection at a specific worksite, and the case is still pending before the

Review Commission, the following guidelines apply to additional inspections of the employer at that worksite:

1.  If the employer has contested the penalty only, the inspection will be scheduled as if there were no contest;

2.  If the employer has contested the citation itself or any items therein, then programmed and unprogrammed inspections will be scheduled, but all under contest will be excluded from the inspection unless a potential imminent danger is involved.

    *NOTE: See Paragraph IV.B., Inspection Priority Criteria, of this chapter for additional information.*

**D.   Enforcement Exemptions and Limitations.**

1.  In providing funding for OSHA, Congress has consistently placed restrictions on enforcement activities for two categories of employers: small farming operations and small employers in low-hazard industries. Congress may place exemptions and limitations on OSHA activities through the annual Appropriations Act.

2.  Before initiating an inspection of an employer in these categories the Area Office will evaluate whether the Appropriations Act for the fiscal year would prohibit the inspection. Where this determination cannot be made beforehand, the CSHO will determine the status of the small farming operation or a small employer in a low-hazard industry upon arrival at the workplace. If the prohibition applies, the inspection shall immediately be discontinued.

    *NOTE: See CPL 02-00-051, Enforcement Exemptions and Limitations under the Appropriation Act, dated May 28, 1998, for additional information.*

**E.   Preemption by Another Federal Agency.**

1.  Section 4(b)(1) of the Act states that the Act does not apply to working conditions over which other federal agencies exercise statutory responsibility to prescribe standards for safety and health. The determination of preemption by another Federal agency is, in many cases, a highly complex matter.

2.  If a question arises, usually upon receipt of a complaint, referral, or other inquiry, consult the list of Memorandums of Understanding (MOU) on the OSHA website to determine if the issue has been

previously addressed.  A MOU is an agreement created to
address/resolve coverage issues and to improve the working
relationships between other Federal agencies and organizations
regarding employee safety and health.

3.      At times, an inspection may have already begun when the coverage
jurisdiction question arises.  Any such situation will be brought to
the attention of the Area Director or designee as soon as they arise,
and dealt with on a case-by-case basis.

4.      Two examples of MOUs include the following:

   a.   Mine Safety and Health Administration - Interagency
        Agreement between the Mine Safety and Health
        Administration and OSHA, dated March 29, 1979.

   b.   United States Coast Guard/U.S. Department of Transportation -
        Authority of Coast Guard and OSHA regarding enforcement of
        safety and health standards aboard vessels inspected and
        certified by the Coast Guard, dated March 4, 1983.

**F.   United States Postal Service.**

1.      The Postal Employee Safety Enhancement Act of 1998 applies the
Act to the U.S. Postal Service in the same manner as the Act
applies to a private sector employer.

2.      All State Plan States elected not to cover the U.S. Postal Service.
Thus, Federal OSHA retains authority to cover the U.S. Postal
Service nationwide.  Federal coverage in State Plan States
encompasses U.S. Postal Service employees and contract
employees engaged in U.S. Postal Service mail operations.
Coverage includes contractor-operated facilities engaged in mail
operations and postal stations in public or commercial facilities.
State Plan States continue to exercise jurisdiction over all other
private sector contractors working on U.S. Postal Service sites who
are not engaged in U.S. Postal Service mail operations, such as
building maintenance and construction employees.  See the Final
Rule on State Plans Coverage of the U.S. Postal Service (*Federal
Register*, June 9, 2000 (65 FR 36618))

3.      Violations documented during inspections initiated at a U.S. Postal
Service site will be cited with penalties in accordance with the
FOM and other applicable OSHA policies for the private sector.

*NOTE: See CPL 02-00-122, Enforcement Guidance for the U.S. Postal Service, dated April 16, 1999, for additional information.*

G.    **Home-Based Worksites.**

1.    The agency will not perform any inspections of employees' home offices. A home office is defined as office work activities in a home-based setting/worksite (e.g., filing, keyboarding, computer research, reading, writing) and may include the use of office equipment (e.g., telephone, facsimile machine, computer, scanner, copy machine, desk, file cabinet).

2.    OSHA will only conduct inspections of other home-based worksites, such as home manufacturing operations, when it receives a complaint or referral alleging that a violation of a safety or health standard exists that threatens physical harm, that an imminent danger is present, or that there was a work-related fatality.

*NOTE: See CPL 02-00-125, Home-Based Worksites, dated February 25, 2000, for additional information.*

H.    **Inspection/Investigation Types.**

1.    **Unprogrammed.**

a.    Inspections scheduled in response to alleged hazardous working conditions identified at a specific worksite are classified as unprogrammed. This type of inspection responds to:

b.    Imminent Dangers;

c.    Fatalities/catastrophes;

d.    Complaints; and

e.    Referrals.

f.    It also includes follow-up and monitoring inspections scheduled by the Area Office.

*NOTE: This category includes all employers/employees directly affected by the subject of the unprogrammed inspection activity, and is especially applicable on multi-employer worksites.*

*NOTE: Not all complaints and referrals qualify for an inspection. See Chapter 9, Complaint and Referral Processing, for additional information.*

*NOTE: See CPL 02-00-124, Multi-Employer Worksite Citation Policy, dated December 10, 1999, for additional information.*

2.    **Unprogrammed Related.**

   a.  Inspections of employers at multi-employer worksites whose operations are not directly addressed by the subject of the conditions identified in a complaint, accident, or referral are designated as unprogrammed related.

   b.  An example would be: A trenching inspection conducted at the unprogrammed worksite where the trenching hazard was not identified in the complaint, accident report, or referral.

3.    **Programmed.**

   Inspections of worksites which have been scheduled based upon objective or neutral selection criteria are programmed inspections, such as the Site Specific Targeting (SST) Program. The worksites are selected according to national scheduling plans for safety and for health or under local, regional, and national special emphasis programs.

4.    **Program Related.**

   Inspections of employers at multi-employer worksites whose activities were not included in the programmed assignment, such as a low injury rate employer at a worksite where programmed inspections are being conducted for all high rate employers.

V.   **Unprogrammed Activity – Hazard Evaluation and Inspection Scheduling.**

Enforcement procedures relating to unprogrammed activity are located in subject specific chapters of this manual:

   ▶  Imminent Danger, see Chapter 11, *Imminent Danger, Fatality, Catastrophe, and Emergency Response.*

   ▶  Fatality/Catastrophe, see Chapter 11, *Imminent Danger, Fatality, Catastrophe, and Emergency Response.*

► Emergency Response, see <u>Chapter 11</u>, *Imminent Danger, Fatality, Catastrophe, and Emergency Response.*

► Complaint/Referral Processing, see <u>Chapter 9</u>, *Complaint and Referral Processing.*

► Whistleblower Complaints, see <u>Chapter 9</u>, *Complaint and Referral Processing..*

► Follow-ups and Monitoring, see <u>Chapter 7</u>, *Post-Citation Procedures and Abatement Verification.*

## VI.   Programmed Inspections.

### A.   Site-Specific Targeting (SST) Program.

In order to achieve OSHA's goal of reducing the number of injuries and illnesses that occur at individual worksites, the Site-Specific Targeting (SST) program directs enforcement resources to those worksites where the highest rate of injuries and illness have occurred. The SST is OSHA's primary programmed inspection plan for non-construction worksites that have 40 or more employees. The SST Program is based on the data collected by the OSHA Data Initiative (ODI). The ODI collects injury and illness data from approximately 80,000 employers.

*NOTE: For in-depth information on how the SST program works see OSHA's most recent Site Specific Targeting Program.*

### B.   Scheduling for Construction Inspections.

Due to the mobility of the construction industry, the transitory nature of construction worksites, and the fact that construction worksites frequently involve more than one employer, inspections are scheduled from a list of construction worksites rather than construction employers. The University of Tennessee will provide to each Area/District Office a randomly selected list of construction projects from identified or known covered active projects. This list will contain the projected number of sites which the field office has reported it plans on inspecting during the next month. Projects are selected in accordance with the inspection schedule for construction.

*NOTE: See <u>CPL 02-00-141</u>, Inspection Scheduling for Construction, dated July 14, 2006.*

C.   **Scheduling for Maritime Inspections.**

Marine inspection activities will be covered in greater detail in Chapter 10, Section III, *Maritime* [Reserved].

1.   **Marine Cargo Handling Industry.**

The marine cargo handling industry is made up of longshoring activities (i.e., cargo handing aboard vessels) and activities within marine terminals (i.e., cargo handling ashore). Due to the unique differences among these activities, several scheduling methods are necessary. Consequently, marine cargo handling industry inspections can be scheduled as National Emphasis Programs (NEPs), Site-Specific Targeting (SST), Local Emphasis Programs (LEPs), or from lists developed in accordance with CPL 02-00-025, *Scheduling System for Programmed Inspections*, dated January 4, 1995.

*NOTE: See CPL 02-00-139, Longshoring and Marine Terminals "Tool Shed" Directive, dated May 23, 2006, for more information.*

2.   **Shipbreaking.**

CPL 02-00-136, *OSHA's National Emphasis Program (NEP) on Shipbreaking*, dated March 16, 2005, describes policies and procedures to reduce or eliminate workplace hazards associated with shipbreaking operations.

Also, OSHA has entered into a Memorandum of Agreement (MOA) on Interagency Coordination and Cooperation for Ship Scrapping (i.e., shipbreaking) between DOD, DOT, EPA, and DOL-OSHA, dated November 16, 1999.

3.   **Shipyard Employment.**

The shipyard employment industry is made up of several industrial activities and due to the unique differences among these activities, several scheduling methods are necessary. Consequently, shipyard employment inspections can be scheduled under NEPs, SST, LEPs, or from lists developed in accordance with CPL 02-00-025, *Scheduling System for Programmed Inspections*, dated January 4, 1995.

*NOTE: See CPL 02-00-142, Shipyard Employment "Tool Bag" Directive, dated August 3, 2006, for more information.*

**D.    Special Emphasis Programs (SEPs).**

Special Emphasis Programs provide for programmed inspections of establishments in industries with potentially high injury or illness rates that are not covered by other programmed inspection scheduling systems or, if covered, where the potentially high injury or illness rates are not addressed to the extent considered adequate under the specific circumstances. SEPs are also based on potential exposure to health hazards. Special emphasis programs may also be used to develop and implement alternative scheduling procedures or other departures from national procedures. Special emphasis programs can include National Emphasis Programs, Regional Emphasis Programs and Local Emphasis Programs.

1.    **Identification of Special Emphasis Programs.**

The description of the particular Special Emphasis Program shall be identified by one or more of the following:

a.  Specific industry;

b.  Trade/craft;

c.  Substance or other hazard;

d.  Type of workplace operation;

e.  Type/kind of equipment; and

f.  Other identifying characteristic.

2.    **Special Emphasis Program Scope.**

The reasons for and the scope of a Special Emphasis Program shall be described; and may be limited by geographic boundaries, size of worksite, or similar considerations.

3.    **Pilot Programs.**

National or local pilot programs may also be established under Special Emphasis Programs. Such programs may be conducted for the purpose of assessing the actual extent of suspected or potential hazards, determining the feasibility of new or experimental compliance procedures, or for any other legitimate reason.

E.   **National Emphasis Programs (NEPs).**

OSHA develops National Emphasis Programs to focus outreach efforts and inspections on specific hazards in a workplace.

F.   **Local Emphasis Programs (LEPs) and Regional Emphasis Programs (REPs).**

1.   LEPs and REPs are types of special emphasis program in which one or more Area Offices of a Region participate. LEPs and REPs are generally based on knowledge of local industry hazards or local industry injury/illness experience. LEPs and REPs must be developed and approved when one or more Area Offices within a Region target inspections to a specific industry(ies), hazard(s), or other workplace characteristic(s), e.g., as part of, or in conjunction with, a local initiative or problem-solving project. A list of LEPs may be found on the OSHA website under the Directorate of Enforcement Programs.

     *NOTE: See CPL 04-00-001,* Procedures for Approval of Local Emphasis Programs (LEPs), *dated November 10, 1999, for additional information.*

2.   OSHA directives include topic specific scheduling procedures in addition to the general information provided in this section.

G.   **Other Special Programs.**

The Agency may develop programs to cover special categories of inspections which are not covered under the SST Program or under a Special Emphasis Program.

H.   **Inspection Scheduling and Interface with Cooperative Program Participants.**

1.   Employers who participate in voluntary compliance programs may be exempt from programmed inspections and eligible for inspection deferrals or other enforcement incentives. The Area Director or designee will determine whether the employer is actively participating in a Cooperative Program that would impact inspection and enforcement activity at the worksite being considered for inspection. Where possible, this determination should be made prior to scheduling the inspection.

2.   Information regarding a facility's participation in the following programs should be available prior to scheduling inspection activity:

    a.  VPP Program;

    b.  Pre-SHARP and SHARP Participants;

    c.  OSHA Strategic Partnerships; and

    d.  Consultation 90-Day Deferrals.

3.    **Voluntary Protection Program.**

    a.  **Regional VPP Manager Responsibilities.**

The Regional VPP managers must keep the Area Director or his/her designee informed regarding VPP applicants and the status of participants in the VPP. This will prevent unnecessary scheduling of programmed inspections at VPP sites and ensure efficient use of resources. Area Directors or his/her designee should be informed:

- That the site can be removed from the programmed inspection list. Such removal may occur no more than 75 days prior to the onsite evaluation;

- Of the site's approval for the VPP program;

- Of the site's withdrawal or termination from the VPP program; and

- If the Regional VPP Manager is the first person notified by the site of an event requiring enforcement, the VPP Manager must instruct the site to contact the appropriate Area Office.

    b.  **Programmed Inspections and VPP Participation.**

- **Inspection Deferral.**

  Approved sites must be removed from any programmed inspection lists for the duration of participation, unless a site chooses otherwise. The applicant worksite will be deferred starting no more than 75 calendar days prior to the commencement of its scheduled pre-approval onsite review.

- **Inspection Exemption.**

The exemption from programmed inspections for approved VPP sites will continue for as long as they continue to meet VPP requirements. Sites that have withdrawn or have been terminated from VPP will be returned to the programmed inspection list, if applicable, at the time of the next inspection cycle.

c. **Unprogrammed Enforcement Activities at VPP Sites.**

When an Area Office receives a complaint, or a referral other than from the OSHA VPP onsite team, or is notified of a fatality, catastrophe, or other event requiring an enforcement inspection at a VPP site, the Area Director or designee must initiate the inspection following normal OSHA enforcement procedures.

- The Area Office must immediately notify the Regional VPP Manager of any fatalities, catastrophes or other accidents or incidents occurring at a VPP worksite that require an enforcement inspection; as well as of a referral or complaint that concerns a VPP worksite, including complaint inquiries that would receive a letter response. If the VPP is a national VPP, the National Office should be notified.

- If the Regional VPP Manager is the first person notified by the site of an event requiring an enforcement inspection, the VPP Manager must instruct the site to contact the appropriate Area Office and the National Office if the fatality is on a National VPP site.

- The inspection will be limited to the specific issue of the unprogrammed activity. If citations are issued as a result of the inspection, a copy of the citation will be sent to the Regional VPP Manager. See CSP 03-01-003, *Voluntary Protection Programs (VPP): Policies and Procedures Manual*, dated April 18, 2008.

- The Area Director will send the VPP Manager a copy of any report resulting from an enforcement case.

4. **Consultation.**

a. **Consultation Visit in Progress.**

- If an onsite consultation visit is in progress, it will take priority over OSHA programmed inspections as

outlined below.  An onsite consultation visit will be considered "in progress" in relation to the working conditions, hazards, or situations covered by the visit from the beginning of the opening conference through the end of the correction due dates and any extensions thereof.  If an onsite consultation visit is already in progress it will terminate when the following kind of OSHA compliance inspection is about to take place:

- o  Imminent danger inspection;

- o  Fatality/catastrophe inspection;

- o  Complaint inspections; and/or

- o  Other critical inspections, as determined by the Assistant Secretary.

- Other "such critical inspections" may include, but are not limited to, referrals as defined in *Chapter 9, Complaint and Referral Processing*.  Following an evaluation of the hazards alleged in a referral, if the **Assistant Secretary** determines that enforcement action is required prior to the end of an abatement period established by the state consultation project, the consultation visit in progress shall be immediately terminated to allow for an enforcement inspection.

- For purposes of efficiency and expediency, an employer's worksite shall not be subject to concurrent consultation and enforcement-related visits.  The following excerpts from CSP 02-00-002, *Consultation Policies and Procedures Manual, Chapter 7: Relationship to Enforcement*, dated January 18, 2008, to clarify the interface between enforcement and consultation activity at the worksite:

  - o  **Full Service OnSite Consultation Visits.**

    While a worksite is undergoing a full service onsite consultation visit for safety **and** health, programmed enforcement activity may not occur until after the end of the worksite's visit "In Progress" status.

  - o  **Full Service Safety or Health OnSite Consultation Visits.**

When an onsite consultation visit "in Progress" is discipline-related, whether for safety or health; programmed enforcement activity may not proceed until after the end of the worksite's visit "in Progress" status and is limited to the discipline examined, safety or health.

o   **Limited Service OnSite Consultation Visits.**

If a worksite is undergoing a limited service onsite consultation visit, whether focused on a particular type of work process or a hazard, programmed enforcement activity may not proceed while the consultant is at the worksite. The re-scheduled enforcement activity must be limited only to those areas that were not addressed by the scope of the consultative visit (posted List of Hazards).

o   **Enforcement Follow-Up and Monitoring Inspections.**

If an enforcement follow-up or monitoring inspection is scheduled while a worksite is undergoing an onsite consultation visit, the inspection shall not be deferred; however, its scope shall be limited only to those areas required to be covered by the follow-up or monitoring inspection. In such instances, the consultant must halt the onsite visit until the enforcement inspection is completed. In the event OSHA issues a citation(s) as a result of the follow-up or monitoring inspection, an onsite consultation visit may not proceed until the citation(s) becomes a final order(s).

b.   **OnSite Consultation and 90-Day Deferral.**

- If an establishment has requested an initial full-service comprehensive consultation visit for safety and health from the State OSHA Consultation Program, and that visit has been scheduled by the State Program, a SST inspection may be deferred for 90 calendar days from the date of the notification by the State Program to the Regional Office. No extension of the deferral beyond the 90 calendar days is possible, unless the consultation visit is "in progress."

- OSHA may, however, in exercising its authority to schedule inspections, assign a lower priority to worksites where consultation visits are scheduled.

  NOTE:  See CSP 02-00-002, Consultation Policies and Procedures Manual, *Chapter 7: Relationship to Enforcement, dated January 18, 2008, for additional information.*

5.  **Pre-Safety and Health Achievement Recognition Program (Pre-SHARP) Status.**

   a.  Those employers who do not meet the SHARP requirements, but who exhibit a reasonable promise of achieving agreed-upon milestones and time frames for SHARP participation, may be granted Pre-SHARP status. Pre-SHARP participants receive a full service, comprehensive consultation visit that involves a complete safety and health hazard identification survey, including a comprehensive assessment of the worksite's safety and health management system.

   b.  The deferral time frame recommended by the State Consultation Project Manager must not exceed a total of 18 months from the expiration of the latest hazard correction due date(s), including extensions. Upon achieving Pre-SHARP status, employers may be granted a deferral from OSHA programmed inspections. The following types of incidents can trigger an OSHA enforcement inspection at Pre-SHARP sites:

   - Imminent danger;

   - Fatality/catastrophe; and

   - Formal complaints.

6.  **Safety and Health Achievement Recognition Program (SHARP).**

   SHARP is designed to provide support and incentives to those employers that implement and continuously improve effective safety and health management system(s) at their worksite. SHARP participants are exempted from OSHA programmed inspections, see §1908.7(b)(4).

a.  **Duration of SHARP Status.**

All initial approvals of SHARP status will be for a period of up to two years, commencing with the date the Regional Office approves an employer's SHARP application. After the initial approval, all SHARP renewals will be for a period of up to three years.

b.  **OSHA Inspection(s) at SHARP Worksites.**

As noted above, employers that meet all the requirements for SHARP status will have the names of their establishments deleted from OSHA's Programmed Inspection Schedule. However, pursuant to §1908.7(b)(4)(ii), the following types of incidents can trigger an OSHA enforcement inspection at SHARP sites:  imminent danger; fatality/catastrophe; or formal complaints.

*NOTE:  See CSP 02-00-002, Consultation Policies and Procedures Manual, Chapter 8: OSHA's Safety and Health Achievement Recognition Program (SHARP) and Pre-SHARP, dated January 18, 2008, for additional information.*

7.  **OSHA Strategic Partnership Program (OSP).**

a.  **Deferral from Programmed Inspection List for Non-Construction OSPs.**

- OSHA may offer up to a six-month deferral from programmed inspections to OSHA Strategic Partnership (OSP) participants upon their entry into a partnership. During the deferral period, the partner must commit to make workplace safety and health improvements or seek compliance assistance to improve workplace safety and health in accordance with its responsibilities under the Act.

- For a majority of OSP agreements, the beginning of the deferral period will be the effective date of the partnership agreement. However, in situations where sites join the partnership on a staggered basis, the deferral period begins at the site's actual entry into the partnership. The partnership agreement should clearly address the issue of OSP participant effective/entry dates.

b. **Programmed Inspection with a Limited Scope**.

- At OSHA's discretion, an establishment operated by a partner may receive an inspection in which the focus is limited to hazardous areas, operations, conditions or practices at the establishment. The limited scope inspection must focus on the significant worksite and industry-specific hazards based on an analysis of information available, such as:

    o BLS injury and illness data;

    o Site and corporate injury and illness data;

    o Site accident audit and inspection data; and

    o OSHA Target Industry Profiles.

- For inspections with limited scope, the workplace hazards to be addressed will be determined by OSHA with input from the partner(s). OSHA may expand the scope of the inspection based on information gathered during the inspection process.

- To gain a limited scope inspection as a benefit, the establishment must have undergone an onsite non-enforcement verification inspection within one year of the date of the programmed inspection.

c. **Deletion from Programmed Inspection List**.

- **Non-Construction.**

    o Following a comprehensive onsite enforcement inspection conducted to meet OSP verification requirements, an establishment operated by an OSP partner will be deleted from programmed inspection lists for the period of time established for deletions in the then-current OSHA Site-Specific Targeting directive.

    o If the OSP is designed to comprehensively address a hazard covered by the Act, the Area Director or designee, with the approval of the Regional Administrator, may extend the deletion for one year if the partner continues to meet the conditions of the OSP agreement and

demonstrates improved performance in areas measured by the OSP.

- **Construction.**
  - An OSP agreement may provide that following an appropriate number of comprehensive onsite enforcement inspections conducted to verify satisfaction of OSP requirements, the sites, or portions of sites, over which the employer/partner exercises control is exempt from programmed inspection for a period of up to one year. This exemption is limited to the terms of the specific OSP agreement between the employer and OSHA, which are limited to the geographical boundaries of the OSHA office with whom the partnership was formed (Area, Regional, or National), if not otherwise specified in the agreement. However, it should be noted that if a serious or imminent danger condition is observed by enforcement personnel or reported to OSHA, the partner should be inspected and cited (per Agency policy).

  - This program is available only where the partner has an effective safety and health management system fully compliant with §1926.20 and §1926.21, and the effectiveness of the system has been confirmed during the verification inspections described above. For recordkeeping purposes, the official date of the comprehensive onsite enforcement (verification) inspection is the opening conference. Therefore, the beginning of the deletion period is the date of the opening conference of the verification inspection(s).

    See CSP 03-02-002, *OSHA Strategic Partnership Program for Worker Safety and Health*, dated February 10, 2005, for additional information. This verification process is sometimes referred to as the "tiered approach."

  - One such alternative to the "tiered approach" is described in the June 1, 2006 memorandum, *Clarification of Verification and Exemption Policies for OSHA Strategic Partnership*

*Program Construction Participants.* Where the partner has advised the appropriate Area/Regional office of the number and location of all worksites covered by the partnership, the RA or AD has discretion to select an appropriate number of verification visits per year. The number should not be more than the number of programmed inspections the RA/AD determines would be conducted during the same time frame. Other criteria include the number of inspections needed to cover all types of work performed by the contractor; the quality of the contractor's safety and health management system; the phases of construction and the nature of associated hazards; and other factors which may affect OSHA's ability to fully and accurately assess the effectiveness of the participant's safety and health management system.

8.   **Alliances.**

Unlike OSHA's OSP, VPP, and SHARP programs, Alliances do not require applications, data collection, verification, or evaluation. Alliances also do not offer incentives, such as focused inspections or inspection deferral, to their signatories.



**U.S. DEPARTMENT OF LABOR**     **Occupational Safety and Health Administration**

**DIRECTIVE NUMBER:** CPL 02-00-141          **EFFECTIVE DATE:** July 14, 2006

**SUBJECT:** Inspection Scheduling for Construction

## ABSTRACT

**Purpose:** This Instruction implements OSHA's programmed inspection plan for the construction industry, and cancels section B.1.b. (2) of OSHA Instruction CPL 02-00-025 Scheduling System for Programmed Inspections, January 4, 1995. This program does not include general industry or maritime worksites.

**Scope:** OSHA-wide.

**References:** OSHA Instruction CPL 02-00-025, Scheduling System for Programmed Inspections, January 4, 1995; OSHA Instruction CPL 02-00-103, Field Inspection Reference Manual (FIRM), September 26, 1994; OSHA Instruction CSP 01-00-002, State Plan Policies and Procedures Manual, March 21, 2001; and OSHA Instruction CSP 03-02-002, OSHA Strategic Partnerships for Worker Safety and health, February 10, 2005.

**Cancellations:** Section B.1.b. (2) of OSHA Instruction CPL 02-00-025, Scheduling System for Programmed Inspections, January 4, 1995.

**Expiration Date:** None.

**State Impact:** State adoption required in part, See paragraph VI.

**Action Offices:** National, Regional, and Area Offices.

**Originating Office:** Directorate of Evaluation and Analysis

EXHIBIT B

**Contact:**       Directorate of Evaluation and Analysis
                   Office of Statistical Analysis
                   200 Constitution Avenue, NW, N3644
                   Washington, DC 20210
                   202-693-2400

By and Under the Authority of

Edwin G. Foulke, Jr.
Assistant Secretary

Abstract-2

## Executive Summary

This Instruction explains OSHA's major site-specific targeting inspection program for the construction industry.  This Instruction also cancels Section B.1.b. (2) of OSHA Instruction CPL 02-00-025, Scheduling System for Programmed Inspections, January 4, 1995.

Due to the mobility of the construction industry, the transitory nature of construction worksites, and the fact that construction worksites frequently involve more than one construction employer, inspections are scheduled from a list of construction worksites rather than construction employers. The National Office will provide to each Area/District Office a randomly selected list of construction projects from all identified or known covered active projects. This list will contain the projected number of sites the office plans on inspecting during the next month.

## Significant Changes

- Incorporation of the construction programmed inspection targeting procedures into a stand-alone OSHA Instruction.

- Incorporation of the Construction Inspection Targeting Application into the inspection targeting process.

# TABLE OF CONTENTS

I. PURPOSE......................................................................................................................1

II. SCOPE........................................................................................................................1

III. REFERENCES............................................................................................................1

IV. CANCELLATIONS......................................................................................................1

V. EXPIRATION DATE.....................................................................................................1

VI. FEDERAL PROGRAM CHANGE..............................................................................2
    A. STATE TARGETING SYSTEMS................................................................................2
    B. REQUIRED CHANGES............................................................................................2

VII. BACKGROUND..........................................................................................................3

VIII. SIGNIFICANT CHANGES.........................................................................................4

IX. ACTION INFORMATION.............................................................................................4
    A. RESPONSIBLE OFFICE...........................................................................................4
    B. ACTION OFFICES...................................................................................................4
    C. INFORMATION OFFICES........................................................................................4

XI. DESCRIPTION OF THE SITE-SPECIFIC TARGETING 2005 (SST-05) PLAN.........4

XI. HEALTH CONSTRUCTION INSPECTIONS...............................................................9

XVI. RECORDING AND TRACKING.................................................................................9

APPENDIX A:  C-TARGETING APPLICATION...............................................................10

APPENDIX B:  SELECTION CRITERIA OPTIONS.........................................................13

APPENDIX C:  SITE SELECTION DESCRIPTION.........................................................14

I.    <u>Purpose</u>.  This Instruction implements OSHA's programmed inspection plan for the construction industry and cancels section B.1.b. (2) of OSHA Instruction CPL 02-00-025, Scheduling System for Programmed Inspections, January 4, 1995. This program does not include general industry or maritime worksites.

II.   <u>Scope</u>.  This Instruction applies OSHA-wide.

III.  <u>References</u>.

   A.   <u>Revisions to the Voluntary Protection Programs to Provide Safe and Healthful Working Conditions</u>, *Federal Register,* December 8, 2003 (68 FR 68475).

   B.   29 CFR Part 1908, Consultation Agreements.

   C.   OSHA Directives.

   - <u>CPL 02-00-051</u>, Enforcement and Limitations under the Appropriations Act, May 28, 1998.

   - <u>CPL 02-00-025</u>, Scheduling System for Programmed Inspections, January 4, 1995.

   - <u>CPL 02-00-103</u>, Field Inspection Reference Manual (FIRM), September 26, 1994.

   - <u>CSP 03-02-002</u>, OSHA Strategic Partnerships for Worker Safety and Health, February 10, 2005.

   - <u>CSP 02-00-001</u>, Consultation Policies and Procedures Manual, August 6, 2001.

   - <u>CSP 01-00-002</u>, State Plan Policies and Procedures Manual, March 21, 2001.

   - <u>ADM 03-01-005</u> OSHA Compliance Records, August 3, 1998.

   - <u>CPL 04-00-001</u> Procedures for Approval of Local Emphasis Programs (LEPs), November 10, 1999.

IV.   <u>Cancellations</u>.  Section B.1.b. (2) of OSHA Instruction CPL 02-00-025, Scheduling System for Programmed Inspections, January 4, 1995.

V.    <u>Expiration Date</u>.  None.

VI.   Federal Program Change.  This Instruction describes a Federal program change for which State adoption is not required.  However, States are required to have their own inspection targeting systems (a "core inspection policy"), which must be documented in their State Plans and revised as necessary to reflect current practices.

A.   State Targeting Systems.

1.   CPL 02-00-025 (CPL 2.25I, January 4,1995), discussed options for State targeting systems.  The general industry option has been updated in the past through Notices discussing OSHA's Site-Specific Targeting Plan; this Instruction addresses targeting for construction.  States have two options for targeting construction inspections:

   a.   Use an existing State-developed construction inspection targeting system based on available State data.

   b.   Participate in the OSHA Construction Inspection Targeting System described in this Instruction.  As noted in Section VII, the system uses F.W. Dodge reports on construction projects to produce monthly inspection lists which are posted on a website available to participating States upon request.  This system uses a computer-based methodology to select construction projects for inspection on a neutral basis when they are 30-60% complete.  Selected sites represent a broad range of construction projects.

2.   Each State should review the construction targeting system described in its State plan to assure its accuracy and that it meets the requirements of this directive, and make revisions as appropriate.  If a State adopts, develops, or revises an inspection scheduling system different from that indicated in its response to CPL 02-00-025, the State must notify the Regional Administrator of the change and, if the revised procedures differ from the Federal system outlined in this Instruction, provide a plan supplement describing these procedures within six months of the date of this Instruction.

B.   Deferrals.

1.   States may, but are not required to, defer an inspection or assign lower priority, for up to 90 days, to construction sites for which the employer has requested a full-service comprehensive consultation visit and that visit has been scheduled.  See paragraph X.F.6 of this Instruction.

2.   States may, but are not required to, defer an inspection for up to 75 days at a construction site for which the employer has submitted a VPP application.  See paragraph X.F.7 of this Instruction.

VII.   Background.

A.   Due to the mobility of the construction industry, the transitory nature of construction worksites and the fact that construction worksites frequently involve more than one construction employer, inspections are scheduled from a list of construction worksites rather than construction employers. The National Office will provide to each Area/District Office a randomly selected list of construction projects from all known covered active projects. This list contains the projected number of sites the office plans on inspecting in the next month.

B.   OSHA's Construction Inspection Targeting System is required to comply with court decisions on OSHA's process of selecting worksites for inspection. The system is designed to provide timely information on known active construction projects, including the project's location and the name of the owners, project managers and contractors working on the projects. Since resources limit OSHA programmed inspections to approximately 5% of construction projects (excluding single-family housing) started each year, this targeting plan is designed to be a broad based system that selects projects in a way to establish a presence in the entire construction industry. Targeting systems intended to address specifically identified hazards or a narrow range of construction activity are to be developed under the protocols for Local Emphasis Programs contained in CPL 04-00-001.

C.   The construction inspection system relies upon a statistical abstract of information available on construction project starts from F.W. Dodge and on estimated construction project durations derived from econometric modeling. The system is designed to get CSHOs on-site at neutrally-selected projects when they are between 30 percent and 60 percent complete, the time when the greatest number of employees and contractors are expected to be on the construction site.

D.   OSHA's contractor adds to the Dodge data a time period when each project is active and maintains a file containing all active construction projects. From active construction projects, a randomly selected construction inspection list will be generated for each Area Office on a monthly basis.  This selection is done without employer identifiers to ensure neutrality.  The list is based upon:

1.   Counties located within Area Office boundaries;

2.   Estimated number of worksites to be inspected during the monthly scheduling period (to be determined by the Area Director);

3.   The selection criteria are to be determined by the Area Director based on

3

local conditions.

VIII.   Significant Changes.

A.   Incorporation of the construction programmed inspection targeting procedures into a stand-alone OSHA Instruction. The instruction will include an outline of the procedures followed to generate monthly inspection lists, the method those lists are made available to the Area Offices, and a discussion of how procedures meet OSHA obligation to have a neutral targeting system.

B.   Incorporation of the Construction Inspection Targeting Application into the targeting process. The OSHA Construction Inspection Targeting Application is an efficient, electronic way to provide authorized personnel detailed information on construction projects in your area that have been selected for a programmed inspection and projects that meet criteria established for any construction special emphasis programs. The application consolidates and facilitates timely access to information on the selected project sites in a secure database that authorized personnel can access via the Internet anywhere and at anytime.

IX.   Action Information.

A.   Responsible Office. Directorate of Evaluation and Analysis (DEA).

B.   Action Offices. National, Regional, and Area Offices.

C.   Information Offices. State Plan States, OSHA Training Institute, Consultation Project Managers, VPP Managers, Partnership Coordinators/Managers, Compliance Assistance Coordinator, and Compliance Assistance Specialists.

X.   Description of the Construction Targeting Plan.

A.   Inspection List Selection Criteria: The Area Office will use the Construction Inspection Targeting Application located at OSHA's Construction Targeting website to set specific selection criteria and to access the monthly site inspection lists and associated construction inspection reports (also known as the Dodge reports). The selection criteria will be determined jointly by the Regional Administrator and the designated Area Office representative. Only authorized users from the OSHA National Office, Regional Offices, Area Offices, and State Plan States will be able to access this website.

B.   This targeting plan is designed to be a broad based system that selects projects in a way to establish a presence in the entire construction industry. The Construction Inspection Targeting Application includes a function that allows the Area

4

Office/State Plan State to make minor adjustments by excluding categories of projects from the next monthly random sample of inspection sites. These categories are end-use, construction type, dollar value, number of stories, and type of owner (i.e. Federal government, State, municipality, military or private). The Area Director can use these options to exclude areas of construction that have had a significant amount of focused OSHA activity in recent months. For example, if the Area Office is conducting an LEP focusing on bridge construction, the Area Director can use the end-use option to exclude bridge building for the targeting lists generated under this instruction. These options must be used in a manner which retains the program's overall objective of establishing a presence in the entire construction industry. Area Directors who exercise one or more of the options will also ensure that the generated targeting lists are not limited in a way that compromises the random selection component of the targeting system. If the selected options take away the random selection component, the Area Director must modify the options in a way that generates a randomly selected list. Note: Targeting systems intended to address specifically identified hazards are to be developed under the protocols for Local Emphasis Programs contained in CPL 04-00-001.

1.   Each option within the Construction Inspection Targeting Application is set to a default. The Area Director must review these defaults to determine if they are appropriate for the local conditions. If any changes are necessary, the Area Director must set the desired deletion or inclusion criteria for the inspection site list or special emphasis site list, respectively. Examples are: excluding or including projects with specific dollar values (less than 1 million dollars); or excluding or selecting projects with specific end-uses (high-rise offices or bridges).

2.   Another option to facilitate inspection planning is to request projects in a cluster of counties within an Area Office/State Plan State jurisdiction, so that monthly inspections can be focused in selected areas each month. This may result in reducing travel time to remote locations or in saturating counties where a jurisdiction wants to make OSHA's presence felt. However, the Area Director must ensure that all counties with the Area Office jurisdiction will be covered within a reasonable time period.

3.   The Area Director will set the current sample size (i.e., the number of inspection sites that will be provided each month). The office will not receive a list if a sample size of zero is indicated.

C.   Scheduling Cycle. The scheduling period (cycle) for construction inspections is one calendar month. Each month, each Area Office will access its programmed construction inspection list from the Construction Inspection Targeting

Application. The Area Office will also access the OSHA Construction Inspection Reports corresponding to the sites on the inspection list through the Construction Inspection Targeting Application. The inspection list will be dated the following month. It can be used when received and should be completed by the end of the month it is dated. The use of the current list is important because conditions change rapidly and the lists become outdated. The best planning strategy is to receive the required number of sites for the month to ensure that the most current list is always being used.

1.      All sites on the inspection list must be inspected, and the sites can be scheduled in any order to make efficient use of resources.

2.      Complaints and referrals must be treated in accordance with the Complaint Policies and Procedures directive.

3.      The Area Office is not authorized to make any deletions from that month's inspection list prior to its completion, except where the Area Director documents that:

   a.      Little or no construction activity at a worksite on the list has begun or construction activity has already been substantially completed before an inspection can be made.

   b.      A worksite has become ineligible for any legitimate reason; e.g., where a substantially complete inspection of the worksite has been conducted as a result of a complaint investigation. (If in doubt whether a worksite has become ineligible, the Area Director is to contact the Regional Office.)

   c.      A worksite has been approved for exemption from inspection through participation in the Voluntary Protection Program.

4.      Any deletion from a monthly inspection list must be fully documented in accordance with X.F., below.

5.      If a new list is posted for the following month and it is anticipated that it will not be used at all because of a large number of sites remaining on the current list, the Area Office should reject the list using the Construction Inspection Targeting Application as soon as practicable so that the unused sites may be restored to be eligible for possible selection on the next list.

6.      If it appears that all sites on the list will have been inspected by the end of the third week of the month, the Area Director may request a supplemental

inspection list through the Construction Inspection Targeting Application.

    a.    If a supplemental list is requested and received, it is to be treated in the same manner as a list received at the beginning of the month, i.e., once started, it must be completed.

    b.    The Area Director should consider increasing the sample size if supplemental sites are repeatedly requested. Similarly, if the lists are not routinely completed by the end of the month, consider decreasing the sample size.

D.    <u>Limitation on Frequency of Selection</u>. Normally, no site will be selected for inspection more frequently than once per trimester. Therefore, any project selected for an inspection will be removed from the master file for a period of four months and reentered in the fifth month if it is still active.

E.    <u>Completion of Inspection List</u>. By the middle of each cycle, the Area Director shall assess progress in inspecting all sites on the list in order to plan resources for the following cycle.

    1.    If it appears that not all sites on the list will have been inspected by the end of the month, the Area Director may request a shortened list from CIRPC for the following month by adjusting the sample size through the Construction Inspection Targeting Application.

    2.    Consecutive months' lists may be combined and used concurrently. However, all sites from the first month of a combined list must be inspected before worksites from the second month's list are combined with a third month, except when a site is carried over as described at X.F., below. That is, lists for two consecutive months can be combined to form one combined cycle; but the first month's list must be completed or classified as carryover before the second month's list can be combined with the third month's list, and so on.

F.    <u>Carryovers</u>. Worksites on one inspection list may be carried over to the next cycle only under the following circumstances:

    1.    A worksite may be carried over to the next cycle if it is not operating normally at the time of the inspection because of personnel strikes, environmental conditions or other factors.

2.  A worksite may be carried over to the next cycle if necessary equipment or personnel with experience and qualifications to perform the inspection are not presently available.

3.  A worksite may be carried over to the next cycle in the interest of efficient use of resources. The number of such carryovers may not exceed 50% of the total number of sites on the original cycle. Any worksite carried over in this manner may not be carried over a second time.

4.  A worksite may be carried over to the next cycle if the inspection cannot be completed due to the employer's refusal to allow it.

5.  A worksite may be carried over to the next cycle if conditions (construction activity at the site) have not changed substantially since a prior inspection.

6.  A worksite may be carried over to the next cycle if the inspection must be deferred because the employer has requested a full-service comprehensive OSHA consultation visit and that visit has been scheduled.

7.  A worksite may be carried over to the next cycle if the inspection must be deferred because the employer has submitted a VPP application for the site.

8.  Approval for carrying over a worksite for reasons not listed above must be requested from the Regional Administrator and approved by the Directorate of Construction (DOC).

G.  <u>Area Director Administration of Inspection List</u>. The Area Director is responsible for maintaining documentation necessary to demonstrate that the construction inspection lists have been properly utilized in accordance with the requirements of this Directive and that selection criteria are current and appropriate.

1.  The monthly construction inspection lists must be maintained in the Area Office for a period of three (3) years after completion of the cycle, whether they are used or not. (See OSHA Instruction ADM 03-01-005 OSHA Compliance Records.)

2.  New modifications to the Area Office's selection criteria must be determined jointly by the Regional Administrator and the designated Area Office representative. Such modifications will be effective the month following entry into the computer if they are received by the 23rd of the month.  Note: Ongoing changes to the selection criteria, such as rotating

8

counties, do not need Regional approval for each monthly change. Only the initial determination that the ongoing change will be used should be made jointly between the Area and Regional offices.

3.  Deletions from a monthly inspection list must be documented by using the "Archive Site" function within the Construction Inspection Targeting Application. The appropriate reason for deletion will be chosen from the drop down menu located in the function.

XI.  <u>Health Construction Inspections</u>. No separate scheduling method is applied for programmed construction health inspections. Rather, the Area Director is to determine which construction inspections are to be conducted as a joint inspection where serious health hazards are likely to exist at the site. A local emphasis plan may be submitted and approved for scheduling health construction inspections.

XII.  <u>Recording and Tracking</u>. The Project Identification Number (PID) must be recorded into the IMIS for each construction project inspected under this Directive. The PID is entered on all of the OSHA 1s generated for the general contractor and the subcontractors at the worksite. The PID number is the unique six-digit number that identifies each project on the monthly programmed construction inspection list provided through the Construction Inspection Targeting Application. The PID is coded as follows in Item 42, Optional Information of the OSHA-1 Form:

| <u>Type</u> | <u>ID</u> | <u>Value</u> |
|---|---|---|
| N | 06 | PID (six-digit PID Number) |

Note: The PID is also referred to as the Dodge Number.

9

# APPENDIX A

## C-Targeting Application

**What is the Construction Inspection Targeting Application?**

The OSHA Construction Inspection Targeting Application is an efficient, electronic way to provide authorized personnel detailed information on construction projects in your area that have been selected for a programmed inspection and projects that meet criteria established for any construction special emphasis programs. The application consolidates and facilitates timely access to information on the selected project sites in a secure database that authorized personnel can access via the Internet anywhere and at anytime.

**What functions are available in Construction Targeting?**

The following functions are available:

- View each of the five lists (Inspection Sites, Supplemental Sites, Special Emphasis Sites, Early Warning Sites, and Archived Sites).

- View detailed data on a project/site, multiple sites, or all sites from a list.

- View or change deletion criteria for the Inspection Site list.

- Change the number of inspection sites that are requested each month.

- Request additional supplemental inspection sites to inspect.

- View or change selection criteria for the Special Emphasis Site list.

- Print lists and detailed data on a project/site, multiple sites, or all sites from a list.

- Archive a site that has been inspected, completed prior to inspection, or canceled.

- Re-sort a list based on any of the data in the list.

- Search the database using specified data fields.

**What worksites do I have access to?**

OSHA Area Offices, Regional Offices, and State Plan States can only view project sites that have been selected in their area. Non-authorized users will not be able to see any of this information.

**How do I archive inspected sites?**

When an inspection is completed for a project that is on the Inspection Site List, the Supplemental Site List, or the Special Emphasis Site list, enter in the IMIS Activity Number (OSHI) of the inspection in the designated field on the detailed display for the site. This removes

the project site from the Inspection Site List to the Archives.

If a project was completed prior to an inspection, enter the word "completed" into the activity number field. If a project was canceled, enter the word "canceled" into the activity number field. Entering "completed" or "canceled" into the activity number field moves the project site to the Archives.

Early Warning sites are automatically removed from the database each month when the new sites are posted to the application.

Project sites will stay in the archives indefinitely.

For large projects, inspection lists may include what appear to be duplicate entries for the same site. This occurs when a separate bidding process was used for different portions of a project.

**What options does the Area Office/State Plan State have to focus the inspection lists on particular categories of construction?**

The construction inspection system is designed to be responsive to the needs of Area Offices/State Plan States.

Options are built in to help target the different categories (end-use, type, dollar value, number of stories, and type of owner (i.e. Federal government, State, municipality, military or private)) of construction projects. An Area Office/State Plan State can specify or update criteria to exclude categories of projects from the monthly random sample of inspection sites or obtain all sites meeting specified criteria for special emphasis programs by clicking on the Options tab. Click on 'view or change' criteria and then on 'Update'.

Use the check boxes to indicate the desired deletion or inclusion criteria for the inspection site list or special emphasis site list, respectively. Examples are: excluding or including projects with specific dollar values (less than 1 million dollars); or excluding or selecting projects with specific end-uses (high-rise offices or bridges). The deletion and inclusion criteria focus inspection lists on particular categories of construction projects.

Another option to facilitate inspection planning is to request projects in a cluster of counties within an Area Office/State Plan State jurisdiction, so that monthly inspections can be focused in selected areas each month. This may result in reducing travel time to remote locations or in saturating counties where a jurisdiction wants to make OSHA's presence felt. Indicate this choice by selecting 'other' and typing a description of desired county rotation in the text box.

**How can the size of the monthly inspection site list be managed?**

The Options page indicates the current sample size; i.e., the number of inspection sites that have been requested for a month. Click on 'change' to increase or decrease that sample size. The Office will not receive a list if a sample size of zero is indicated.

If the Office has inspected all listed sites before the end of the month, the user can click on

'request' under Supplemental Sites to obtain more sites.

An Office should consider increasing the sample size if it repeatedly has to request supplemental sites. Similarly, if the Office is not completing its lists by the end of the month, it should consider decreasing the sample size.

### When do I have to make changes for the next month's list?

Supplemental lists can be requested any time during the month. The request for additional sites will be filled and posted to the database as soon as possible.

Changes to sample size and deletion criteria for the inspection site list and changes to selection criteria for the special emphasis site list must be made by the 23rd of the month (or first business day after a weekend or holiday) to be processed for the next month's list.

### Where do I get more information about the Construction Inspection Targeting System?

Please e-mail comments or questions about this web-based application to the Office of Statistical Analysis using the e-mail link found on the C-Targeting Home Page.

# APPENDIX B

## Selection Criteria Options

**Sample Size**
The sample size is the number of construction project sites requested each month. The sample size can be changed as frequently as needed, based on an office's current workload.

**Request Supplemental Sites**
If an office completes all of its listed inspections, authorized personnel may request additional supplemental sites to inspect.

**Request Special Emphasis Sites**
An office may request a list of construction project sites for its own construction targeting initiatives. Note that these targeting initiatives need to be approved by the National Office.

**Inspection Site Deletion Criteria**
The Inspection Site Deletion Criteria are used to exclude categories or types of construction project sites from being selected for inspection. These criteria can be viewed or changed to meet the needs of the office.

**Special Emphasis Selection Criteria**
The Special Emphasis Selection Criteria are used to select categories or types of construction project sites for your office's construction targeting initiatives. These criteria can be viewed or changed to meet the needs of the office.

# APPENDIX C

## Site Selection Description

### What is the legal basis for the OSHA Construction Inspection Targeting System?

Due to several court challenges to the worksite selection process for inspections, OSHA developed the current Federal programmed construction inspection system. The project selection process which drives the system meets the legal requirement that projects be selected pursuant to an administrative plan containing specific neutral criteria. Projects are randomly selected from a file representing the universe of active construction projects that contains no contractor identifiers.

In addition, the Office of Inspector General (OIG) requires documentation of the project selection procedures for construction inspections that Area Offices follow. However, since preparation and maintenance of such documentation would be impracticable and unduly burdensome on Area Offices, the current system serves as the documentation.

### How are sites selected?

A computer-based methodology is used to select projects for inspection on a random, statistical basis. Selected sites represent a broad range of construction projects: residential (excluding single-family housing); nonresidential buildings, such as commercial, manufacturing, transport, industrial, educational, leisure, & public buildings; heavy construction, such as cogenerators, nuclear power, sewage treatment, communications, shoreline maintenance; and highway and highway-related construction, including bridges, tunnels.

Each month, F.W. Dodge provides CIRPC with the names of projects that have entered the start stage (about 18,300 projects per month), based upon the date of the award of a general contract or the date when project decisionmakers state that "work is to start on a particular date". Using a sophisticated construction duration model that factors in the start date of the project, estimated duration of the project, type of construction project, dollar value, type of owner (i.e. Federal government, State, municipality, military or private), number of stories, and a seasonal adjustment, projects are identified that are estimated to be at some stage of construction, i.e., active. Accurate start date information is critical to estimates of when projects will be prime for inspection (30 percent to 60 percent complete).

Projects are randomly selected to obtain the number requested by the Area Office/State Plan State. Initially, only projects $950,000 and more which are estimated to be between 30 percent and 60 percent complete are considered for selection. If the requested quota cannot be met using these criteria, the "percent complete" criterion is expanded to 25 percent to 65 percent and then to 25 percent to 70 percent complete, if necessary. If more projects are still required, the value criterion is lowered to $500,000 (30 percent - 60 percent complete). The final step to meet a sufficient number of projects reduces the value criterion to $250,000 with a 30 to 60 percent completion criterion.

14

Projects are identified by project identification numbers (PID). Once selected, the PIDs are used to order an OSHA Construction Report for each project from F.W. Dodge. Each report contains the following information: project identification number - unique to each project; project title; project address (or site location information when address not applicable); project owner's name, business address, & telephone number; estimated contract value; estimated square footage of buildings; number of units (on residential projects); number of buildings; estimated construction start date; type of ownership (i.e. Federal government, State, municipality, military or private).

### How accurate are the data on the projects?

The information source on construction projects for the construction inspection targeting system is F.W. Dodge, Inc., the most extensive construction news gathering operation in the world. Dodge employs 400 full-time reporters and more than 1,000 correspondents to collect information from a large network of news sources, including permit offices. After the information is collected, individual project reports are created. To ensure coverage of as much construction activity as possible, Dodge maintains 100 branch offices around the country. Reporters make personal visits and phone calls, daily, to about 55,000 private firms, permit offices, municipal, state, and government offices to obtain information pertaining to approval, design, development, and construction of all types of construction projects over $50,000, including new construction, additions and alterations. Coverage is not restricted to bid contracts but includes negotiated contracts and major force account work (use of owner's employees rather than contractor's) as well.

F.W. Dodge files represent the best available universe of active construction projects. An independent study funded by OSHA found that the Dodge database covers over 90 percent of the universe of all construction projects over $50,000, excluding single-family housing. Farm construction and small force account projects were areas with less complete coverage.

In an ideal world, all construction projects would be known, each project would start in the month it was planned to start, each project would remain active the number of months estimated by econometric models, and each project would proceed along an orderly path of construction operations that would accurately estimate in advance the day that excavation, steel erection or landscaping, would begin and end.

However, actual construction activity is less orderly. Construction plans are constantly changing; project duration is not available from construction permits or other sources; each project is unique; the scheduling of construction operations and their duration differ from project to project, even of the same type, and schedules are rarely met. Construction schedules for similar end-use projects, such as office buildings, highways, bridges or schools of equal contract value may vary dramatically in duration due to different design features, site conditions and the owner's cost of delayed occupancy (use). Even assuming that scheduled duration of projects were available from owners or contractors, project duration errors would still exist because of schedule interruptions due to such things as litigation among contractors/owners, industrial relations disputes, financial problems, or unforeseen construction problems, which are all common events on construction projects.

15

Given the uncertainties, some of the projects expected to be 30 percent to 60 percent complete will be in an earlier stage (or not even started) or at a later stage (or even completed). On the other hand, the systematic process of identifying projects and estimating their status using the best available data increases the likelihood that inspections will occur at all stages of construction.

## What are Early Warning Sites?

In addition to the random selections of project sites for inspection each month, high-value projects at the start stage (month the project is planned to start) are identified. The purpose of the Early Warning Site (EWS) List is to alert Area Offices/State Plan States to the initiation of major construction projects, so that their progress might be followed to ensure a timely inspection of specific phases. Each Early Warning Site will appear on the Inspection Site List for the month the project is estimated to be 30 percent complete.

The value threshold to qualify as an Early Warning Site varies by Area Office/State Plan State, ranging from $5 million to $20 million, depending upon the five-year historical pattern of project values in the respective area office jurisdiction.